IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>PATRICIA HILLIARD,<br>WALLACE HILLIARD,<br>BANK of AMERICA N.A.,<br>HILLIARD LIMITED PARTNERSHIP,<br>DANIEL HILLIARD and ANDREW HILLIARD<br>AS TRUSTEES OF THE<br>WALLACE J. HILLIARD FINT TRUST, and<br>GREEN BAY AIR, INC.,<br><br>    Defendants. | Civil No. 3:14-cv-00408 |

**AGREED JUDGMENT**

The Court, has considered the agreement of the parties, the United States of America and Wallace Hilliard, and has determined that judgment should be entered consistent with the agreement. Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that:

1. Wallace Hilliard is indebted to the United States for the Form 1040 federal income taxes, penalties and additions to tax assessed against him for the 1996 tax year, in the aggregate amount of $2,258,402.04 as of May 29, 2015, plus interest and other additions to tax allowed by law accruing thereafter under 26 U.S.C. §§ 6601, 6621, and 28 U.S.C. § 1961 until paid.

2. Wallace Hilliard is indebted to the United States for the Form 1040 federal income taxes, penalties and additions to tax assessed against him for the 1997 tax year, in the aggregate amount of $726,963.33 as of May 29, 2015, plus interest and other additions to tax allowed by law accruing thereafter under 26 U.S.C. §§ 6601, 6621, and 28 U.S.C. § 1961 until paid.

1

12764790.1

3. Wallace Hilliard is indebted to the United States for the Form 1040 federal income taxes, penalties and additions to tax assessed against him for the 2007 and 2008 tax years, in the aggregate amounts of $6,018.07 and $3,616.37, respectively as of May 29, 2015, plus interest and other additions to tax allowed by law accruing thereafter under 26 U.S.C. §§ 6601, 6621, and 28 U.S.C. § 1961 until paid.

SIGNED this 25th day of June, 2015.

*Barbara B. Crabb*
UNITED STATES DISTRICT JUDGE

ENTERED this 26th day of June, 2015.

*Peter Oppeneer*
PETER OPPENEER
Clerk of Court

12764790.1

AGREED:

/s/Curtis R. Czachor
CURTIS R. CZACHOR
SBN: 1018252
Czachor, Polack & Borchardt, L.P.P.
107 North Broadway, Suite II
P.O. Box 2402
Green Bay, WI 540306-2402

ATTORNEY FOR DEFENDANT,
WALLACE HILLIARD




JOHN W. VAUDREUIL
United States Attorney

  /s/ Herbert W. Linder
HERBERT W. LINDER
Ohio Bar No. 0065446
Attorney, Tax Division
U.S. Department of Justice
717 N. Harwood St., Suite 400
Dallas, Texas 75201
Phone: (214) 880-9754
Fax: (214) 880-9741
herbert.w.linder@usdoj.gov

ATTORNEY FOR UNITED STATES

3

12764790.1