IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

          Plaintiff,

v.

PATRICIA HILLIARD,
WALLACE HILLIARD,
BANK of AMERICA N.A.,                        Case No.: 14-cv-408
HILLIARD LIMITED PARTNERSHIP,
DANIEL HILLIARD and
ANDREW HILLIARD AS
TRUSTEES OF THE
WALLACE J. HILLIARD FINT TRUST, and
GREEN BAY AIR, INC.,

          Defendants.

## ENTRY OF DEFAULT

The Clerk of Court for the United States District Court for the Western District of Wisconsin, having noted that the Defendant Green Bay Air, Inc., has failed to appear, plead or otherwise defend as provided under the Fed. R. Civ. P. and that fact has been made to appear by the motion of the attorney for the Plaintiff,

The Clerk hereby enters the default of Defendant Green Bay Air, Inc., pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated this 13th day of August, 2015.

                                      s/L. Kamke, Deputy Clerk
                                      PETER OPPENEER
                                      Clerk of Court
                                      United States District Court
                                      Western District of Wisconsin