IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA HILLIARD,<br>WALLACE HILLIARD,<br>BANK of AMERICA N.A.,<br>HILLIARD LIMITED PARTNERSHIP,<br>DANIEL HILLIARD and ANDREW HILLIARD<br>AS TRUSTEES OF THE<br>WALLACE J. HILLIARD FINT TRUST, and<br>GREEN BAY AIR, INC.,<br><br>Defendants. | Civil No. 3:14-cv-00408 |

**OREDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE**

There is now before the court the United States of America's motion to dismiss without prejudice the United States' claims against defendants, Daniel Hilliard and Andrew Hilliard, as Trustees of the Wallace J. Hilliard Flint Trust, and the Hilliard Limited Partnership. Good cause having been shown, said motion is hereby GRANTED, and it is ORDERED:

The United States claims against defendants, Daniel Hilliard and Andrew Hilliard, as Trustees of the Wallace J. Hilliard Flint Trust, and the Hilliard Limited Partnership, in this suit are dismissed without prejudice;

SIGNED this 25th day of August, 2015.

_Barbara B. Crabb_
UNITED STATES DISTRICT JUDGE

1

13034705.1