IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PATRICIA HILLIARD, )<br>WALLACE HILLIARD, )<br>BANK of AMERICA N.A., )<br>HILLIARD LIMITED PARTNERSHIP, )<br>DANIEL HILLIARD and ANDREW HILLIARD )<br>AS TRUSTEES OF THE )<br>WALLACE J. HILLIARD FINT TRUST, and )<br>GREEN BAY AIR, INC., )<br>)<br>Defendants. ) | Civil No. 3:14-cv-00408 |

**OREDER** ~~GRANTING MOTION TO DISMISS WITHOUT PREJUDICE~~

Upon consideration of the Motion to Appear by Telephone (the "Motion") filed by the United States, the Court finds that good cause exists for granting the relief sought in the Motion. It is therefore

ORDERED that the Motion is GRANTED; it is further

ORDERED that Counsel for the United States is authorized to appear and participate telephonically at the hearing set for September 9, 2015, at 8:30 a.m., in the above styled case.

SIGNED this __8th__ day of __September__ 2015.

_Barbara B. Crabb_
UNITED STATES DISTRICT JUDGE

1

13075539.1