IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| PATRICIA HILLIARD,<br>WALLACE HILLIARD,<br>BANK of AMERICA N.A.,<br>HILLIARD LIMITED PARTNERSHIP,<br>DANIEL HILLIARD and ANDREW HILLIARD<br>AS TRUSTEES OF THE<br>WALLACE J. HILLIARD FINT TRUST, and<br>GREEN BAY AIR, INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
|     Defendants. | )<br>) |

Civil No. 3:14-cv-00408

## DEFAULT JUDGMENT AGAINST DEFENDANT, GREEN BAY AIR, INC.

Plaintiff, United States of America, has filed a Motion for Default Judgment against defendant, Green Bay Air, Inc. ("Motion"). Good cause having been shown, the United States' Motion should be granted. It is, therefore:

ORDERED, ADJUDGED, AND DECREED that default judgment be and hereby is entered in favor of plaintiff, United States of America, and against defendant, Green Bay Air, Inc. Defendant, Green Bay Air, Inc., was a nominee of Wallace J. Hilliard and has no separate interest in the real property located at 9029 Herdner Rd., Eagle River, Oneida County, Wisconsin. Defendant, Green Bay Air, Inc., was not a bona fide purchaser, holder of a

1

security interest, mechanic's lienor, or judgment lien creditor in regards to property located at a 9029 Herdner Rd., Eagle River, Oneida County, Wisconsin.

SIGNED this 9th day of September, 2015.

*Barbara B. Crabb*
UNITED STATES DISTRICT JUDGE

ENTERED this 11TH day of SepTembu, 2015.

by Deputy Clerk
CLERK OF COURT

2