IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>PATRICIA HILLIARD,<br>WALLACE HILLIARD,<br>BANK of AMERICA N.A.,<br>HILLIARD LIMITED PARTNERSHIP,<br>DANIEL HILLIARD and ANDREW HILLIARD<br>AS TRUSTEES OF THE<br>WALLACE J. HILLIARD FINT TRUST, and<br>GREEN BAY AIR, INC.,<br><br>        Defendants. | Civil No. 3:14-cv-00408 |

**OREDER GRANTING MOTION TO SUBSTITUTE PARTY**

Upon consideration of the Motion to Substitute Party (the "Motion") filed by the United States, the Court finds that good cause exists for granting the relief sought in the Motion. It is therefore ORDERED that:

1. The Motion is GRANTED;

2. Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2004-7, Asset-Backed Certificates Series 2004-7 c/o Ocwen Loan Servicing, LLC, is substituted for Bank of America, N.A., as the proper party in this case; and

3. The Clerk shall issue a summons to defendant Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2004-7, Asset-Backed Certificates Series 2004-7 c/o Ocwen Loan Servicing, LLC, in the above styled case.

SIGNED this  2d  day of  November , 2015.

                                                                                         *Barbara B. Crabb*
                                                              UNITED STATES DISTRICT JUDGE