IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>PATRICIA HILLIARD,<br>WALLACE HILLIARD,<br>DEUTSCHE BANK NATIONAL TRUST CO.,<br>HILLIARD LIMITED PARTNERSHIP,<br>DANIEL HILLIARD and ANDREW HILLIARD<br>AS TRUSTEES OF THE<br>WALLACE J. HILLIARD FLINT TRUST,<br>GREEN BAY AIR, INC., and<br>JP MORGAN CHASE BANK<br><br>Defendants. | Civil No. 3:14-cv-00408 |

## ORDER CONFIRMING JUDICIAL SALE OF PROPERTY

The United State having requested an order of this Court confirming the sale of the real property located at 9029 Herdner Rd., Eagle River, Oneida County, Wisconsin, (Eagle River Property), and good cause having been found, it is therefore:

ORDERED THAT the sale of the Eagle River Property, fully described as follows:

> Government Lot 8, Section 6, Township 39 North, Range 11 East.
> Being more particularly described as follows:
>
> Commencing at the northeast corner of said Section 6; thence N. 85°47' W., 1106.80 feet along the north line of said Section 6 to an iron pipe; thence S. 38°16' W., a distance of 200 feet to an iron pipe and the place beginning. Thence N. 89°46' W., 343.60 feet to an iron pipe; thence N. 70°46' W., 192 feet to an iron pipe near the shore of Cranberry Lake; thence 63°25' W., a distance of 75 feet; thence S. 43°31' W., a distance of 225 feet to a point; thence S. 80°01'25" E., a distance of 557.03 feet to an iron pipe; thence N. 38°16' E., a distance of 295.0 feet to the place of beginning. Including all land lying between the meander line and water's edge. Except that part used for road purposes.

for the sum of $746,000 is hereby confirmed, and upon the payment of $746,000 (less any amounts held in escrow) within thirty days of the entry of this order, Receiver, Jerry Burkett, is

authorized and directed to issue a Receiver's Deed for the Eagle River Property to Michael Mazza in the form attached hereto.

Upon full payment the Eagle River Property, as previously fully described above, is transferred free and clear of any rights, titles, claims, or interests of any of the parties to this action. The proceeds of the sale shall be distributed in accordance with a future order of this Court.

SIGNED this 9th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE