IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | |
| PATRICIA HILLIARD,<br>WALLACE HILLIARD,<br>DEUTSCHE BANK NATIONAL TRUST CO.,<br>HILLIARD LIMITED PARTNERSHIP,<br>DANIEL HILLIARD and ANDREW HILLIARD<br>AS TRUSTEES OF THE<br>WALLACE J. HILLIARD FINT TRUST,<br>GREEN BAY AIR, INC., and<br>JP MORGAN CHASE BANK | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 3:14-cv-00408 |
| Defendants. | ) | |

## DEFAULT JUDGMENT AGAINST DEFENDANT, JP MORGAN CHASE BANK.

Plaintiff, United States of America, has filed a Motion for Default Judgment against Defendant, JP Morgan Chase Bank. ("Motion"). Good cause having been shown, the United States' Motion should be granted. It is, therefore:

ORDERED, ADJUDGED, AND DECREED that default judgment is entered in favor of Plaintiff, United States of America, and against Defendant, JP Morgan Chase Bank. The United States' federal tax liens are superior to Defendant, JP Morgan Chase Bank's interest in the real property located at 9029 Herdner Rd., Eagle River, Oneida County, Wisconsin and the sales proceeds thereof. Defendant, JP Morgan Chase Bank's interest in 9029 Herdner Rd., Eagle River, Oneida County, Wisconsin, shall be extinguished upon sale of the property.

SIGNED this 24th day of February, 2016.

_Barbara B. Crabb_
UNITED STATES DISTRICT JUDGE